IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. JKB-22-146 |
| RON ELFENBEIN, | |
| *Defendant.* | |

# VERDICT FORM

**COUNT ONE** (Health Care Fraud):

| Beneficiary | Date of Submission of Claim | Date of Service | Claim No. | Payor | Procedure Code; Amount Billed |
|---|---|---|---|---|---|
| A.H. | 03/29/2021 | 03/25/2021 | 691021088249240 | Medicare | CPT 99204 $354.22 |

What is your verdict as to the Defendant with regard to Count One of the Superseding Indictment?

GUILTY __YES__          NOT GUILTY _____

**COUNT TWO** (Health Care Fraud):

| Beneficiary | Date of Submission of Claim | Date of Service | Claim No. | Payor | Procedure Code; Amount Billed |
|---|---|---|---|---|---|
| W.R. | 05/03/2021 | 04/23/2021 | 691021123406780 | Medicare | CPT 99204 $354.22 |

What is your verdict as to the Defendant with regard to Count Two of the Superseding Indictment?

GUILTY __YES__          NOT GUILTY _____

**COUNT THREE** (Health Care Fraud):

| Beneficiary | Date of Submission of Claim | Date of Service | Claim No. | Payor | Procedure Code; Amount Billed |
|---|---|---|---|---|---|
| D.M. | 05/12/2021 | 05/10/2021 | 691021132127230 | Medicare | CPT 99204 $354.22 |

What is your verdict as to the Defendant with regard to Count Three of the Superseding Indictment?

GUILTY __YES__          NOT GUILTY _____

**COUNT FOUR** (Health Care Fraud):

| Beneficiary | Date of Submission of Claim | Date of Service | Claim No. | Payor | Procedure Code; Amount Billed |
|---|---|---|---|---|---|
| J.J. | 03/05/2021 | 03/02/2021 | 372663924 | CareFirst BCBS | CPT 99214 $231.50 |

What is your verdict as to the Defendant with regard to Count Four of the Indictment?

GUILTY __YES__          NOT GUILTY _____

**COUNT FIVE** (Health Care Fraud):

| Beneficiary | Date of Submission of Claim | Date of Service | Claim No. | Payor | Procedure Code; Amount Billed |
|---|---|---|---|---|---|
| S.T. | 04/28/2021 | 04/19/2021 | 327993824 | CareFirst BCBS | CPT 99204 $354.22 |

What is your verdict as to the Defendant with regard to Count Five of the Superseding Indictment?

GUILTY __YES__          NOT GUILTY _____

Upon my oath, the foregoing constitutes the unanimous verdict of the jury.

Signed this \_\_4th\_\_ day of \_\_August\_\_, 2023:

485

**SIGNATURE REDACTED** **NATURE REDACTED**