

ZUCKERMAN
SPAEDER

Gregg L. Bernstein
PARTNER
Zuckerman Spaeder LLP
gbernstein@zuckerman.com
410.949.1152

September 7, 2023

**<u>VIA ECF</u>**

Honorable James K. Bredar
Chief Judge
United States Courthouse
101 West Lombard Street
Baltimore MD 21201

      Re:    *United States v. Ron Elfenbein*
              *Criminal No. JKB-22-0146*

Dear Chief Judge Bredar:

        The government and the defense jointly request a short continuance of the sentencing in the above matter, presently scheduled for November 7 at 4:00 p.m.

        The probation agent has advised counsel that she needs additional time to complete the final presentence investigation report in order to allow for sufficient time for counsel to address any issues in their respective sentencing memoranda. Further, there are a number of guideline issues that may require resolution at sentencing, and which, along with other post-trial and additional sentencing issues, will potentially necessitate more time than currently allotted given the current start time of 4:00 p.m.

        If the Court grants our request, we would be happy to coordinate with chambers to reschedule the sentencing on a date convenient with the Your Honor's schedule.

        Thank you for your consideration.

                    Respectfully submitted,

                    */s/ Gregg L. Bernstein*

                    Gregg L. Bernstein

cc:    Matthew P. Phelps, AUSA
        D. Keith Clouser, Trial Attorney
        Helen Domico, USPO

8521532.4