IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-22-0146 |
| RON ELFENBEIN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is ORDERED that:

1. Defendant Ron Elfenbein's Motion for Judgment of Acquittal or, in the Alternative, for a New Trial (ECF No. 78) is GRANTED in part and CONDITIONALLY GRANTED in part. The Motion is granted to insofar as it seeks a judgment of acquittal, and it is conditionally granted to the extent it seeks a new trial.

2. The jury's guilty verdicts on Counts 1–5 of the Amended Superseding Indictment are SET ASIDE and a Judgment of Acquittal SHALL ISSUE.

3. The Sentencing that was set in for January 30, 2024 and all related dates and deadlines are VACATED.

4. To the extent predecessor charges or indictments remain open on the docket, they are DISMISSED.

5. After she enters the Judgment of Acquittal on the docket, the Clerk is DIRECTED to CLOSE THIS CASE.

DATED this 21 day of December, 2023

BY THE COURT:

_____
James K. Bredar
Chief Judge