IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-22-0146 |
| RON ELFENBEIN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT OF ACQUITTAL

The jury's guilty verdicts are set aside. The Court finds the Defendant NOT GUILTY on Counts 1, 2, 3, 4, and 5 of the Amended Superseding Indictment. It is ORDERED that the Defendant is ACQUITTED and DISCHARGED, and any bond or any other obligation as to Counts 1–5 of the Amended Superseding Indictment is EXONERATED.

DATED this 21 day of December, 2023

BY THE COURT:

_James K. Bredar_
James K. Bredar
Chief Judge