# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 22-cr-00146-JKB |
| RON ELFENBEIN, | |
| *Defendant.* | |

## ORDER

Upon consideration of the foregoing motion filed by Defendant, Ron Elfenbein, for release of his passport, it is this ___2___ day of ___Jan.___, 2024,

ORDERED that the request is hereby GRANTED; it is further

ORDERED that the passport of Defendant Ron Elfenbein be released to the custody of his attorney, Gregg L. Bernstein, Esq. and/or a representative of counsel's firm via in-person pick-up.

HON. JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE