FILED: January 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4048
(1:22-cr-00146-JKB-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

RON K. ELFENBEIN

       Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:22-cr-00146-JKB-1 |
| Date notice of appeal filed in originating court: | 01/19/2024 |
| Appellant | United States of America |
| Appellate Case Number | 24-4048 |
| Case Manager | Anisha Walker<br>804-916-2704 |