IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-22-0146 |
| RON ELFENBEIN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Pursuant to the parties' jointly proposed pre-trial deadlines, filed with this Court on September 25, 2025, the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| November 14, 2025 | Rule 12(b)(3) Motions Deadlines |
| December 19, 2025 | Government and Defense Preliminary Expert Disclosure Deadline |
| January 30, 2026 | Government and Defense Responsive Expert Disclosure Deadline |
| February 23, 2026 | Deadline for filing motions *in limine* |
| February 23, 2026 | *Jencks* disclosure |
| February 23, 2026 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and proposed jury verdict form; **these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_JKBChambers@mdd.uscourts.gov** |
| March 2, 2026 | Deadline for responses to motions *in limine* |
| March 24, 2026, 10:00 a.m. | **Pretrial Conference,** Courtroom 5A. Defendant and all trial counsel must be present. |
| **March 30, 2026** | Begin **Jury Trial**, Courtroom 5A. Scheduled to conclude April 17, 2026. The Court will not sit on |

Fridays.

Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection.

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. The Government is also directed to file any necessary motions to exclude time pursuant to the Speedy Trial Act. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this __7__ day of October, 2025

BY THE COURT:

James K. Bredar
United States District Judge